■ JOHN H. KNOX, INC., Respondent, v. CONTINENTAL CASUALTY COMPANY, Appellant, et al, Defendants.— Judgment unanimously affirmed, with costs. Memorandum: When, on August 5, 1965, plaintiff declared its subcontractor Phillips Cooling Tower Company in default and terminated its contract and thereafter treated the materials fabricated by Phillips as Phillips' property it thereby rejected such material and title thereto was thereupon revested in Phillips by operation of law (Uniform Commercial Code, § 2–401, subd. [4]). Title to the material having revested in Phillips there was no performance by it to be completed and a new contract for the whole job was required. (Appeal from judgment of Erie Trial Term in action on performance bond.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.

■ In the Matter of the Probate of the Will of ROSA RIZZO, Deceased.— Decree and order insofar as appealed from unanimously reversed on the law and facts and a new trial granted on the question of whether the will was the product of fraud or undue influence, with costs to abide the event. Memorandum: There was no evidence of fraud and the evidence as to undue influence was circumstantial and not substantial enough to sustain the jury's finding. We believe, however, that under the circumstances contestants should be given an opportunity to retry the issue of fraud and undue influence. (Appeal from decree and order of Erie Surrogate's Court, denying probate of will; order denied motion to set aside verdict.) Present — Goldman, P. J., Del Vecchio, Witmer, Moule and Bastow, JJ.